UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OCT 17 2023 PM1:54
FILED-USDC-CT-HARTFORD

STATE OF CONNECTICUT          :          October 17, 2023

3:23mj909 RAR

COUNTY OF HARTFORD          :

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT, ARREST WARRANT

I, Brian Herrmann, a Task Force Officer with the Drug Enforcement Administration, having been duly sworn, state:

### INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United States Code.  I have been employed as a Police Officer with the Hartford (CT) Police Department since 2015. From September 2020 to the present, I have been assigned to the Drug Enforcement Administration ("DEA") Hartford Resident Office ("HRO") as a Task Force Officer ("TFO").

2. As a DEA Task Force Officer, I have participated in investigations concerning violations of federal narcotics laws.  I have coordinated controlled purchases of illegal drugs utilizing confidential sources and cooperating witnesses.  I have obtained/participated in the execution of search and arrest warrants pertaining to individuals involved in the distribution of controlled substances, conducted electronic surveillance and physical surveillance of individuals involved in the distribution of controlled substances, analyzed records documenting the purchase and sale of illegal drugs, spoken with informants and subjects, as well as other local, state and Federal law enforcement officers, regarding the manner in which narcotics traffickers obtain, finance, store,

manufacture, transport and distribute illegal drugs. I have received instruction relative to conducting drug investigations while attending in-service training at the Hartford, Connecticut Police Academy. In addition, I also receive periodic in-service training relative to conducting drug investigations.

3. I submit this Affidavit in support of criminal complaint and arrest warrant for Anthony SANTOS (whose date of birth is known to your affiant) for violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) for Possession with intent to distribute controlled substances and 18 U.S.C. § 922(g)(1) for Unlawful possession of a firearm by a prohibited person.

## PROBABLE CAUSE

4. On October 13, 2023, the court, the Hon. Robert A. Richardson, United States Magistrate Judge, issued a search warrant for Anthony SANTOS's residence at 1429 Park Street, Apartment 409, Hartford, Connecticut.

5. On October 17, 2023, the Drug Enforcement Administration ("DEA-HRO") personnel, along with members of the Hartford Police Department executed the search and seizure warrant at 1429 Park Street, Apartment 409, **Subject Premises 1**. This warrant was served by the DEA Special Response Team (SRT) due to information received from a registered confidential source regarding firearms being inside the residence. At approximately 6:00 a.m., members of the DEA SRT made a dynamic entry into Apartment 409. Upon doing so, DEA SRT members observed a naked Hispanic male running to a back window in the apartment as he was observed partially hanging out of a window and throwing an object. This individual was later positively identified as being Anthony SANTOS (Date of birth: xx/xx/1988). SANTOS was detained without further incident and placed into handcuffs.

6. Entrance photographs were taken by DEA TFO M. Zella, and then a search of the residence commenced.

7. Upon being taken into custody, Affiant Herrmann verbally advised SANTOS of his Miranda rights to which he verbally acknowledged understanding. The issuance of the advisement of rights was captured on Affiant Herrman's Hartford Police Department Body Worn Camera (BWC).

8. Upon an inspection of the building's first floor rooftop, in the vicinity of where SANTOS was observed leaning out, investigators located a Roarm/Cugir, Model Micro Draco, 7.62x39mm firearm bearing serial number PMD-01419-14. The firearm was found with a magazine inserted to the chamber, loaded with live 7.62x39mm ammunition, when it was picked up it was determined that it was missing the base plate and numerous 7.62 rounds of ammunition scattered outside the magazine. SANTOS is a convicted felon, with a prior conviction for the violation of Connecticut General Statute 21a-277(a) Sale of Hallucinogenic on 05/29/2014, as documented under court docket number H14-H-CR14-0673790-S.

9. The affiant consulted with Special Agent Seth Christy of the Bureau of Alcohol, Tobacco, Firearms and explosives regarding the Draco firearm, bearing serial number PMD-01419-14. SA Christy, who has received specialized training pertaining to establishing interstate nexus of firearms, provided verbal confirmation that the Draco firearm was manufactured outside the state of Connecticut.

10. While conducting a search of the residence, investigators located a folding table in the living room area with numerous wax paper sleeves, scales, blenders and approximately 8 gross grams of purple powder substance – suspected Fentanyl. The table and its contents are identified by the Affiant as being indictive of a drug factory. During the course of this investigation at no

time was SANTOS suspected of being a fentanyl user. Also located in the residence was a large

quantity of marijuana, much of which was packaged for street level sale.

11. The purple powder substance was subjected to narcotics identification test for the presence

for fentanyl. Upon doing so, the substances produced positive reactions for the presence of their

respective suspected drug.

## CONCLUSION

12.     On the basis of the foregoing information, there is probable cause to believe, and I do

believe, that Anthony SANTOS has committed the violation of 21 U.S.C. §§ 841 (a)(1) and

(b)(1)(C) (possession with intent to distribute, and distribution of, controlled substances) and 18

U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm by a Prohibited Person).  Accordingly, I

request the issuance of a criminal complaint and arrest warrant.


BRIAN HERRMANN (Affiliate)    Digitally signed by BRIAN HERRMANN (Affiliate)
Date: 2023.10.17 12:21:01 -04'00'

Brian Herrmann
Task Force Officer
Drug Enforcement Administration

        The truth of the foregoing affidavit has been attested to me by DEA Task Force Officer

Brian Herrmann over the telephone on this 17th day of October, 2023, at Hartford,

Connecticut.


Robert A. Richardson    Digitally signed by Robert A. Richardson
Date: 2023.10.17 13:43:17 -04'00'

HON.  ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE